1  Douglas E. Dexter (State Bar No. 115868)
   ddexter@fbm.com
2  Benjamin R. Buchwalter (State Bar No. 301130)
   bbuchwalter@fbm.com
3  Corina Gallardo (State Bar No. 331466)
   cgallardo@fbm.com
4  Farella Braun + Martel LLP
   One Bush Street, Suite 900
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Defendants
   AMAZON.COM, INC. and
8  AMAZON.COM SERVICES LLC

9  THE RAMIREZ LEGAL GROUP
   April Ramirez, State Bar No. 319760
10 april@theramirezlegalgroup.com
   132 S. Lasky Dr., Suite 350
11 Beverly Hills, California 90212
   Telephone: (800) 411-0428
12 Facsimile: (424) 401-7375

13 Attorneys for Plaintiff
   STEVEN RUSTAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEVEN RUSTAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00828-DJC-CKD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>The Hon. Judge Carolyn K. Delaney |

Plaintiff STEVEN RUSTAM and Defendants AMAZON.COM, INC. and AMAZON.COM SERVICES LLC (collectively the "Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION FOR DISMISSAL WITH
PREJUDICE AND ORDER
Case No. 2:24-cv-00828-DJC-CKD

44906\20317541.1

Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  April 21, 2025          FARELLA BRAUN + MARTEL LLP

By: */s/ Corina C. Gallardo*
    Corina C. Gallardo

Attorneys for Defendants AMAZON.COM, INC. and AMAZON.COM SERVICES LLC

Dated:  April 21, 2025          THE RAMIREZ LEGAL GROUP

By: */s/ April Ramirez*
    April Ramirez

Attorneys for Plaintiff STEVEN RUSTAM

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER
Case No. 2:24-cv-00828-DJC-CKD

2

44906\20317541.1

# ORDER

The Parties' Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:  April 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER
Case No. 2:24-cv-00828-DJC-CKD

3

44906\20317541.1